# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

134211

DIANE PEARS,
      Plaintiff-Appellee,

v

PERCY RAMSEY,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134211
COA: 271820
Wayne CC: 00-067838-DP

On order of the Court, the application for leave to appeal from the May 8, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

                     Clerk

p0926